# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

SAMUEL ELIAJAH HARRIS,

    Plaintiff,

v.                                CASE NO. 4:06cv65-RH/WCS

JEB BUSH, GOVERNOR, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 4), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the opinion of the court. This action is DISMISSED without prejudice. The clerk shall enter judgment accordingly and close the file.

    SO ORDERED this 17th day of March, 2006.

                                              s/Robert L. Hinkle
                                              Chief United States District Judge